Certificate Number: 12433-PAM-DE-031494632

Bankruptcy Case Number: 18-02856



12433-PAM-DE-031494632

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 19, 2018, at 10:31 o'clock PM EDT, Vasko Markovic completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 19, 2018

By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher