```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                              Case No. 18-02856-JJT
Vasko Markovic                                                      Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5         User: AGarner            Page 1 of 1         Date Rcvd: Nov 07, 2018
                             Form ID: 318             Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2018.
db         +Vasko Markovic,    200 Amy Court,    Stroudsburg, PA 18360-9166
cr         +Prudential Retirement,    500 Main Street,    Dubuque, IA 52001-6836
5082203     PRUDENTIAL RETIREMENT SERVICES,    BOX 5410,    SCRANTON, PA 18505-5410
5082204    +RECOVERY'S UNLIMITED INC,    PO BOX 1357,    MELVILLE, NY 11747-0410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5082197      EDI: CAPITALONE.COM Nov 08 2018 00:13:00      CAPITAL ONE BANK,    PO BOX 30285,
              SALT LAKE CITY, UT 84130-0285
5082198     +EDI: CHASE.COM Nov 08 2018 00:13:00      CHASE CARD,    PO BOX 15298,
              WILMINGTON, DE 19850-5298
5082199      EDI: DISCOVER.COM Nov 08 2018 00:13:00      DISCOVER FINANCIAL SERVICES,    PO BOX 15316,
              WILMINGTON, DE 19850
5082200      EDI: HY11.COM Nov 08 2018 00:13:00      HYUNDAI MOTOR FINANCE,    10550 TALBERT AVE,
              FOUNTAIN VALLEY, CA 92708-6031
5082201      E-mail/Text: bankruptcynotice@nymcu.org Nov 07 2018 19:09:38      MUNICIPAL CREDIT UNION,
              PO BOX 3205,    NEW YORK, NY 10007-3205
5082202     +E-mail/Text: bankruptcy@loanpacific.com Nov 07 2018 19:09:44      PACIFIC UNION FINANCIAL,
              1603 LBJ FREEWAY SUITE 500,    FARMERS BRANCH, TX 75234-6071
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com,    trusteemartin@martin-law.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 Vasko  Markovic
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com
                                                                                             TOTAL: 4

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Vasko Markovic** | Social Security number or ITIN  xxx−xx−1954 |
| | First Name   Middle Name   Last Name | EIN  _ _ − _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _ − _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **5:18−bk−02856−JJT** | | |

# Order of Discharge                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Vasko Markovic

**By the court:**   *[signature]*

November 7, 2018

Honorable John J. Thomas
United States Bankruptcy Judge

By: AGarner, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**